IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 11-2076 (B)(2) |
| Plaintiff | |
| | JUDGE: LEMELLE |
| VERSUS | |
| | MAGISTRATE: WILKINSON |
| AMERICAN COMMERCIAL LINES, LLC and D.R.D. TOWING COMPANY, LLC, | |
| Defendants | |

### JUDGMENT

Considering the Unopposed Motion for Entry of Judgment pursuant to Federal Rule of Civil Procedure 54(b) (Rec. Doc. 90) and this Court's prior Order and Reasons (Rec. Doc. 86) dismissing the third-party complaints against Environmental Safety and Health Consulting Services, Inc. and United States Environmental Services, LLC, this Court finds that there is no just reason for delay of entry of judgment. Accordingly,

**IT IS ORDERED, ADJUDGED and DECREED** that pursuant to Fed. R. Civ. P. 54(b) judgment is entered in favor of Environmental Safety and Health Consulting Services, Inc. and United States Environmental Services, LLC, and that any and all claims asserted in this action against Environmental Safety and Health Consulting Services, Inc. and United States Environmental Services, LLC are hereby ***DISMISSED WITH PREJUDICE***, with each party to bear its own costs.

New Orleans, Louisiana this 5th day of April, 2013

_____
UNITED STATES DISTRICT JUDGE