**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                    CIVIL ACTION

VERSUS                                      NO. 11-2076

AMERICAN COMMERCIAL LINES,                  SECTION "B"(2)
LLC, ET AL.

<u>ORDER AND JUDGMENT</u>

Pursuant to reasons orally assigned (Rec. Doc. 130) and this Court's January 21, 2015 Order (Rec. Doc. 125), this Court previously granted the "United States' Motion for Partial Summary Judgment against American Commercial Lines LLC Regarding Liability." Rec. Doc. 113. Specifically, pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*, this Court found that

(1)    Defendant, American Commercial Lines LLC ("ACL"), is designated a "responsible party" within the meaning of that term for purposes of liability for removal costs and damages under the Oil Pollution Act of 1990 (OPA), 33 U.S.C. § 2702;

(2)    ACL is not entitled to invoke the complete sole-fault third-party defense established under the OPA at 33 U.S.C. § 2703(a)(3) against the claims of the Government in these proceedings; and

(3)   ACL is not entitled to invoke the limitation of liability defense established under the OPA at 33 U.S.C. § 2704 against the claims of the Government in these proceedings.

In accordance with the parties' "Joint Stipulation on Recoverable Damages of the United States of America" (Rec. Doc. 206), the United States of America is entitled to recover from ACL removal costs and damages. Accordingly,

**IT IS ORDERED AND ADJUDGED** that ACL is liable to, and shall pay to, the United States of America the sum of $20 million dollars, inclusive of any pre-judgment interest, with each party to bear its respective costs of Court and attorneys' fees. Post-judgment interest shall be governed by statute, 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that, in accordance with the previous stipulation regarding Natural Resource Damage Claims (Rec. Doc. 107), all claims of the United States of America against ACL seeking damages related to injuries to, destruction of, loss of, or loss of use of natural resources, were dismissed without prejudice, it being understood that this dismissal did not determine or conclude the merits of any claims made or held by the United States for damages related to "injuries to, destruction of, loss of, or loss of use of natural resources" under the OPA or other law. The aforementioned natural resource damage claims are thus preserved.

2

**IT IS FURTHER ORDERED** that any pending motions, including the parties' motions in limine (Rec. Docs. 164-67) and various pre-trial motions (Rec. Docs. 192, 194) are **DISMISSED AS MOOT** and that this case is **CLOSED.** This Judgment is a "final judgment" pursuant to 28 U.S.C. § 1291.

New Orleans, Louisiana, this 2nd day of November, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE