## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 11-2076 |
| v. | ) | |
| | ) | |
| AMERICAN COMMERCIAL LINES, LLC | ) | |
| and D.R.D. TOWING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF PARTIAL PAYMENT

The Court entered ECF No. 208 (Order & Final J.) in this action on November 2, 2016, in favor of the United States of America and against American Commercial Lines, LLC.  American Commercial Lines, LLC was found liable to the United States for the sum of $20,000,000, inclusive of prejudgment interest, with each party to bear its respective court costs and attorneys' fees.  The United States wishes to advise the Court that on August 10, 2018, American Commercial Lines, LLC paid the government $17,546,259.23, which includes $17,340,000 in principal and $206,259.23 in interest through August 10, 2018, on that principal sum.  A balance of $2,691,640.69, which includes $2,660,000 in principal and $31,640.69 in interest through August 10, 2018, remains owing.  Interest will continue to accrue on the unpaid balance.

DATED:        August 10, 2018

                                    Respectfully submitted,

                                    CHAD A. READLER
                                    Acting Assistant Attorney General

                                    DUANE A. EVANS
                                    Interim United States Attorney

                                    */s/ Michael A. DiLauro*
                                    MICHAEL A. DiLAURO
                                    Senior Admiralty Counsel
                                    Aviation & Admiralty Litigation
                                    Torts Branch, Civil Division
                                    U.S. Department of Justice
                                    175 N Street, N.E., Suite 8.1815
                                    (overnight courier)
                                    Washington, DC 20002-3371
                                    (mailing)
                                    P.O. Box 14271
                                    Washington D.C. 20044-4271
                                    Telephone: (202) 616-4047
                                    Facsimile: (202) 616-4159
                                    michael.dilauro@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 10, 2018, the foregoing was filed using the Court's CM/ECF

filing system, which will send electronic notification of this filing to counsel of record.

*/s/ Michael A. DiLauro*
MICHAEL A. DiLAURO
Senior Admiralty Counsel
Aviation & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
175 N Street, N.E., Suite 8.1815
(overnight courier)
Washington, DC 20002-3371
(mailing)
P.O. Box 14271
Washington D.C. 20044-4271
Telephone: (202) 616-4047
Facsimile: (202) 616-4159
michael.dilauro@usdoj.gov