UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION |
| Plaintiff, | NO. 11-2076 |
| VERSUS | SECTION "B" – (2) |
| AMERICAN COMMERCIAL LINES, LLC AND D.R.D. TOWING COMPANY, LLC, | JUDGE LEMELLE |
| Defendants. | MAGISTRATE JUDGE WILKINSON |

## SATISFACTION OF JUDGMENT

WHEREAS, an Order and Final Judgment (R. Doc. 208) was entered in the above action on the 2nd day of November, 2016, in favor of the United States of America and against American Commercial Lines LLC, finding that American Commercial Lines LLC is liable to, and shall pay the United States of America the sum of $20 million dollars, inclusive of any prejudgment interest, with each party to bear its respective costs of court and attorneys' fees, and with post judgment interest to be governed by 28 U.S.C. § 1961, and said Order and Final Judgment with interest thereon having been fully paid and satisfied by American Commercial Lines LLC, and it is certified that there are no outstanding executions with any Sheriff or the U.S. Marshals Service,

THEREFORE, full and complete satisfaction of said Order and Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Order and Final Judgment.

This 27th day of August, 2018.

                        Respectfully submitted,

                        */s/ Michael A. DiLauro*
                        MICHAEL A. DILAURO, T.A.
                        SARAH S. KEAST
                        BENJAMIN R. SWEENEY
                        U.S. DEPARTMENT OF JUSTICE
                        Torts Branch, Civil Division
                        Aviation & Admiralty Litigation
                        P.O. Box 14271
                        Washington, D.C. 20004-4271
                        Tel: (202) 616-4047
                        Fax: (202) 616-4159
                        Email: michael.dilauro@usdoj.gov
                        Attorneys for the United States of America,
                        Plaintiff

## VERIFICATION

On August 27, 2018, before me personally came Michael A. DiLauro, lead trial counsel, to me known and known to be an attorney with the U.S. Department of Justice, Torts Branch, Civil Division, Aviation & Admiralty Litigation, for the United States of America in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.



_____
Notary Public

## CERTIFICATE OF SERVICE

It is hereby certified that on August 27, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

>*/s/ Michael A. DiLauro*
>MICHAEL A. DiLAURO
>Senior Admiralty Counsel